[No. 8,320.    Department Two.—October 3, 1884.]

## HOME LOAN ASSOCIATES, Respondent, v. J. H. B. WILKINS et al., Appellants.

Mortgage—Decree—Foreclosure.—A decree in an action to foreclose two mortgages, each executed to the same party, but upon different parcels of land, and each given to secure payment of a separate debt, should provide that each parcel be sold to satisfy the sum for which it was separately mortgaged.

Appeal from a judgment of the Superior Court of the city and county of San Francisco.

The facts are stated in the opinion of the court.

*E. A. & G. E. Lawrence*, for Appellants.

*J. R. Brandon*, for Respondent.

The Court—This action was brought to foreclose two mort-gages, each of which was on a separate and distinct parcel of property. The decree is for the sale of both parcels, to satisfy the aggregate sum due on both mortgages. In that regard the decree is erroneous. Each parcel should be sold to satisfy the sum for which it was separately mortgaged.

Cause remanded, with directions that the decree be modified as above suggested.